

**TRAVELERS**

# Automobile Policy Declarations

## 1. Named Insured
KAREN KING
PO BOX 891
LONGMONT, CO 80502-0891

## Your Agency's Name and Address
GOOSEHEAD INSURANCE
1500 SOLANA BLVD BLDG 4
STE 4500
WESTLAKE, TX 76262

| | |
|---|---|
| **Your Auto Policy Number** | 606833973 203 2 |
| **Your Account Number** | 606833973 |

**For Policy Service**    1.214.838.5500
**For Claim Service**    For questions on filing a claim or to file a claim go to **Travelers.com** or call 1.800.252.4633
**For Roadside Assistance**    1.800.252.4633

## 2. Premium
**Your Total Premium for the Policy Period is $4,314.**
**The policy period is from August 2, 2019 to August 2, 2020 12:01 A.M. STANDARD TIME at your address shown in Item 1.**

## 3. Your Vehicles

| | Identification Numbers |
|---|---|
| 1. 2005 TOYOT AVALON XL/ | 4T1BK36B25U058913 |
| 2. 2012 DODGE RAM PICKUP | 3C6UD5FL0CG300990 |

## 4. Coverages, Limits of Liability and Premiums
Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

| | VEHICLE 1 | VEHICLE 2 |
|---|---|---|
| | **05 TOYOT AVALON XL/** | **12 DODGE RAM PICKUP** |
| **A. Bodily Injury** | | |
| $250,000 each person | | |
| $500,000 each accident | $628 | $743 |
| **B. Property Damage** | | |
| $100,000 each accident | $196 | $265 |
| **C. Medical Payments** | | |
| $10,000 each person | $173 | $129 |
| **E. Collision** | | |
| Actual Cash Value less | | |
| $250 deductible | $415 | $557 |
| **F. Comprehensive** | | |
| Actual Cash Value less | | |
| $500 deductible | $243 | $470 |
| **Glass Deductible** | | |
| See Endorsement E1OCW02 (01-15) | | |
| $50 deductible | Incl | Incl |



---

## 4. Coverages, Limits of Liability and Premiums (continued)

Insurance is provided only where a premium entry is shown for the coverage. The premium entry "Incl" or "Pkg" means the premium charge is included in the premium for another coverage or a package.

| | VEHICLE 1 | VEHICLE 2 | |
| --- | --- | --- | --- |
| | 05 TOYOT AVALON XL/ | 12 DODGE RAM PICKUP | |
| **Extended Transportation Expenses** See Endorsement E1MCW01 (10-13) $50 per day/$1,500 maximum | $35 | $35 | |
| **Roadside Assistance Coverage** See Endorsement E1RCW02 (10-13) Up to 15 miles per disablement | $12 | $12 | |

| | | | OTHER PREMIUM* |
| --- | --- | --- | --- |
| **OTHER PREMIUM*** | | | |
| **D1. Uninsured Motorists Bodily Injury** $100,000 each person $300,000 each accident | | | $401 |
| **Subtotal for your vehicle(s):** | $1,702 | $2,211 | |
| **Subtotal for Other Premium*:** | | | $401 |

| **Total Premium for this Policy:** | **$4,314** |
| --- | --- |

Notice: A fee of $2.00 is payable in addition to the Total Premium for This Policy. This fee reimburses the insurer for the $1.00 fee per motor vehicle per year required to be paid to the Automobile Theft Prevention Authority under Colorado Statutes 10-4-617.

**This is not a bill. You will be billed separately for this transaction.**

* Other Premium are charges for coverages and packages not specific to a vehicle.

---

## 5. Information Used to Rate Your Policy

**Discounts**
Home Ownership Discount
Multi-Car Discount
Good Payer Discount
Continuous Insurance Discount
Early Quote Discount

| **Your Total Savings Reflected in Your Total Premium:** | **$2,461** |
| --- | --- |

| Drivers | Date of Birth | Gender | Marital Status | Driver Type |
| --- | --- | --- | --- | --- |
| 1.  KAREN | 05-26-1964 | Female | Single | Out of State License |
| 2.  JOHN | 10-17-1957 | Male | | Excluded |



**TRAVELERS**

| Named Insured | KAREN KING | | Policy Number | 606833973 203 2 |
|---|---|---|---|---|
| Policy Period | August 2, 2019 to August 2, 2020 | | Issued On Date | June 22, 2020 |

## 5. Information Used to Rate Your Policy (continued)

| Drivers | Date of Birth | Gender | Marital Status | Driver Type |
|---|---|---|---|---|
| 3. KATHY | 08-16-1965 | Female | | Excluded |
| 4. WES | 09-14-1988 | Male | | Excluded |
| 5. MELISSA | 09-16-1973 | Female | | Excluded |

| Vehicles | Use of Vehicle | Mileage | Location of Vehicle |
|---|---|---|---|
| 1. 05 TOYOT AVALON XL/ | Commute | 10,131 | LONGMONT, CO |
| 2. 12 DODGE RAM PICKUP | Commute | 6,944 | LONGMONT, CO |

**Safe Driver Discount – Driving/Loss History Used to Determine Eligibility for Discount**

| Drivers/Vehicles | Incident | Date | Status |
|---|---|---|---|
| KAREN | Accident | 09-16-16 | Used |

If any of the information above is incorrect or has changed, please notify your Travelers representative immediately.

## 6. Other Information

**Your Insurer**
THE STANDARD FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

**Named Driver Exclusion – See Endorsement E1DCO01 (05-18)**
Excluded Driver(s): JOHN KING
KATHY KING
WES PUTNAM
MELISSA HELM

**Policy Coverage Sections and Endorsements That Form a Part of This Policy:**

| | |
|---|---|
| G01CO00 (10-13) | General Provisions Section |
| L01CO01 (08-15) | Liability Coverage Section |
| M01CO01 (08-15) | Medical Payments Coverage Section |
| U01CO02 (05-17) | Uninsured Motorists Coverage Section |
| P01CO01 (08-15) | Damage To Your Auto Coverage Section |
| S01CW01 (10-13) | Signature Page |
| E1DCO01 (05-18) | Named Driver Exclusion Endorsement |
| E1MCW01 (10-13) | Extended Transportation Expenses |
| E1OCW02 (01-15) | Glass Deductible |
| E1RCW02 (10-13) | Roadside Assistance Coverage |

Issued on 06/22/2020

**TRAVELERS**

---

## 6. Other Information (continued)

---

### FOR YOUR INFORMATION

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

It is important that the information we used to rate your policy is correct. It is your responsibility to make sure that the information on these Declarations is accurate and complete, including checking that you are receiving all the discounts for which you are eligible. To see a full list of discounts offered, including discounts for having multiple policies with us or being a good driver, go to www.travelers.com/discounts. Once at the website, type in your policy number 6068339732032 and product code QA2 to view the discounts available. If any of the information on the Declarations has changed, appears incorrect, or is missing, please advise your Travelers agent or representative immediately. Your Travelers agent or representative is also available to review the information on the Declarations with you.

IMPORTANT NOTICE: This policy does not apply for any coverage to any vehicle being operated by the excluded driver(s) named in endorsement E1DCO01 (05-18) titled Named Driver Exclusion Endorsement. That endorsement is signed by you and continues to form a part of the policy. If you need another copy of this endorsement, or need further information on the excluded driver(s), please contact your Travelers agent or representative.



This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described on the Declarations Page.   It is a full, true and complete reproduction of the insurance policy.   No insurance is afforded hereunder.


Signature:

*Jacqueline Farndell*

Date: 8.12.2021

**EXHIBIT B**

**EXHIBIT B**

**Effective: 08/02/2019**                                   **T01CO00 (10-13)**

## COLORADO PERSONAL AUTO POLICY

---

## YOUR PERSONAL AUTO POLICY QUICK REFERENCE

---

**DECLARATIONS PAGE**
   **Your Name and Address**
   **Your Auto or Trailer**
   **Policy Period**
   **Coverages and Amounts of Insurance**

---

|  | Beginning on Page |
|---|---|
| **GENERAL PROVISIONS SECTION** | |
| **AGREEMENT** ............................................................... | GP-1 |
| **GENERAL DEFINITIONS** ............................................. | GP-1 |
| **DUTIES AFTER AN ACCIDENT OR LOSS** ................... | GP-2 |
| **GENERAL CONDITIONS** ............................................. | GP-3 |
| Bankruptcy ..................................................................... | GP-3 |
| Changes .......................................................................... | GP-3 |
| Fraud ............................................................................... | GP-3 |
| Legal Action Against Us ................................................. | GP-3 |
| Our Right To Recover Payment ..................................... | GP-4 |
| Policy Period And Territory .......................................... | GP-4 |
| Transfer Of Your Interest In This Policy ...................... | GP-4 |
| Two Or More Policies Issued To You ............................ | GP-4 |
| Termination .................................................................... | GP-4 |
| Legal Action Against An Insured Person ...................... | GP-5 |
| **LIABILITY COVERAGE SECTION** | |
| **Coverage A – Bodily Injury** | |
| **Coverage B – Property Damage** | |
| Insuring Agreement ....................................................... | L-1 |
| Supplementary Payments ............................................. | L-1 |
| Exclusions ...................................................................... | L-1 |
| Limit Of Liability ........................................................... | L-2 |
| Out Of State Coverage .................................................. | L-3 |
| Financial Responsibility ............................................... | L-3 |
| Other Insurance ............................................................ | L-3 |
| **MEDICAL PAYMENTS COVERAGE SECTION** | |
| **Coverage C – Medical Payments** | |
| Insuring Agreement ....................................................... | MP-1 |
| Exclusions ...................................................................... | MP-1 |
| Limit Of Liability ........................................................... | MP-2 |
| Other Insurance ............................................................ | MP-2 |
| Assignment of Payments Of Covered Expenses ......... | MP-2 |
| **UNINSURED MOTORISTS COVERAGE SECTION** | |
| **Coverage D1 – Uninsured Motorists Bodily Injury** | |
| Insuring Agreement ....................................................... | UM-1 |
| Exclusions ...................................................................... | UM-1 |

**T01CO00 (10-13)**                                   **Page 1 of 2**

© The Travelers Indemnity Company. All rights reserved.

**Limit Of Liability** ....................................................................................... UM-2
**Other Insurance** ......................................................................................... UM-2
**Arbitration** ................................................................................................. UM-3

# DAMAGE TO YOUR AUTO COVERAGE SECTION
# Coverage E – Collision
# Coverage F – Comprehensive
# Coverage G – Custom Equipment – Increased Limit

**INSURING AGREEMENT** ............................................................................ PD-1
**ADDITIONAL COVERAGES**
    **A. Airbag Replacement** ........................................................................ PD-2
    **B. Child Safety Seat** ............................................................................. PD-2
    **C. Custom Equipment** ......................................................................... PD-2
    **D. Transportation Expenses** ................................................................ PD-2
**OPTIONAL COVERAGE**
    **Coverage G – Custom Equipment – Increased Limit** ................................ PD-2
**EXCLUSIONS** ............................................................................................ PD-3
**LIMIT OF LIABILITY** ................................................................................... PD-4
**PAYMENT OF LOSS** ................................................................................... PD-4
**NO BENEFIT TO BAILEE** ............................................................................ PD-4
**OTHER SOURCES OF RECOVERY** ................................................................ PD-4
**APPRAISAL** ............................................................................................... PD-5
**LOSS PAYABLE CLAUSE** ............................................................................ PD-5

# SIGNATURE PAGE ........................................................................... S-1

© The Travelers Indemnity Company. All rights reserved.

EXHIBIT B

G01CO00 (10-13)

# COLORADO PERSONAL AUTO POLICY

**Travelers Companies**
Hartford, Connecticut
(Each a Stock Insurance Company)

## GENERAL PROVISIONS SECTION

**Unless otherwise stated, the provisions in this General Provisions Section apply to all Coverage Sections and endorsements of this policy.**

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. These are shown by premium entries in the Declarations. The Declarations is a part of this policy.

## GENERAL DEFINITIONS

Throughout this policy:

A. "You" and "your" refer to:
1. The "named insured" shown in the Declarations; and
2. The spouse if a resident of the same household.

   The term spouse includes, if a resident of the same household:
   a. The civil partner of the "named insured", provided such civil union was obtained in a state where a civil union is legally recognized; or
   b. The "domestic partner" of the "named insured".

   If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:
   a. The end of 90 days following the spouse's change of residency;
   b. The effective date of another policy listing the spouse as a named insured; or
   c. The end of the policy period.

B. "We", "us" and "our" refer to the member company of Travelers providing this insurance and shown as the insurer in Item 6 of the Declarations.

C. We consider a private passenger auto, sport utility vehicle, pickup or van to be owned by a person if leased:
1. Under a written agreement to that person; and
2. For a continuous period of at least 6 months.

D. "Declarations" is the part of your policy that defines the policy period and includes, among other things, certain information about your coverages, limits, and premiums.

E. "Minimum limits" refers to the following limits of liability as required by Colorado law, to be provided under a policy of automobile liability insurance:
1. $25,000 for each person, subject to $50,000 for each accident with respect to "bodily injury"; and
2. $15,000 for each accident with respect to "property damage".

Other words and phrases are defined. They are in quotation marks when used.

F. "Bodily injury" means bodily harm, sickness or disease, including death that results.

G. "Business" includes trade, profession or occupation.

H. "Domestic partner" means a person who is in a continuing spouse-like relationship with a named insured for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a "domestic partner" or partner by civil union of any other person.

I. "Newly acquired auto":
1. "Newly acquired auto" means any of the following types of vehicles of which you become the owner during the policy period:
   a. A private passenger auto or sport utility vehicle; or
   b. A pickup or van, for which no other insurance policy provides coverage, that:

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EXHIBIT B

(1) Has a Gross Vehicle Weight Rating of 10,000 lbs. or less; and

(2) Is not used for the delivery or transportation of goods and materials unless such use is:

    (a) Incidental to your "business" of installing, maintaining or repairing furnishings and equipment; or

    (b) For farming or ranching.

2. Coverage for a "newly acquired auto" is provided as described in 3.a. and 3.b. below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for that "newly acquired auto" will begin at the time you request the coverage and you will not have coverage for the elapsed period of time.

3. Coverage for a "newly acquired auto" depends on whether the vehicle is in addition to or replaces a vehicle shown in the Declarations.

    a. A "newly acquired auto" which is in addition to any vehicle shown in the Declarations will have the broadest coverage we provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for coverage to apply you must ask us to insure it within 30 days after you become the owner.

    b. If a "newly acquired auto" replaces a vehicle shown in the Declarations, it will have the same coverage as the vehicle it replaced without your having to ask us to insure it. However, you must ask us to insure a replacement vehicle within 30 days if:

        (1) You wish to add or continue any coverage provided in the Damage To Your Auto Coverage Section; or

(2) It is a pickup or van used in any "business" other than farming or ranching.

J. "Occupying" means:

    1. In;

    2. Upon; or

    3. Getting in, on, out or off.

K. "Property damage" means physical injury to, destruction of or loss of use of tangible property. This definition does not apply to the Uninsured Motorists Property Damage Coverage Section.

L. "Resident relative" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child. Your unmarried dependent children, wards or foster children while temporarily away from home will be considered residents if they intend to resume residing in your household.

M. "Trailer" means a vehicle designed to be pulled by a:

    1. Private passenger auto or sport utility vehicle; or

    2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

N. "Your covered auto" means:

    1. Any vehicle shown in the Declarations.

    2. A "newly acquired auto".

    3. Any "trailer" you own.

    4. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

        a. Breakdown;

        b. Repair;

        c. Servicing;

        d. Loss; or

        e. Destruction.

This provision (N.4.) does not apply to the Damage To Your Auto Coverage Section.

## DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

A. We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

B. A person seeking any coverage must:

    1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

    2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3. Submit, as often as we reasonably require:

    a. To physical exams by physicians we select. We will pay for these exams.

    b. To examination under oath and subscribe the same. We may require such exam under oath:

        (1) From other persons insured under this policy (including a "resident relative").

        (2) Be done separately and outside the presence of any witnesses or persons insured or seeking benefits under this policy.

EXHIBIT B

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

G01CO00 (10-13)

4. Authorize us to obtain:
  a. Medical reports; and
  b. Other pertinent records.
5. Submit a proof of loss when required by us.

**Additional Duties For Uninsured Motorists Bodily Injury Coverage**

If Coverage D1 – Uninsured Motorists Bodily Injury Coverage is shown in the Declarations, a person seeking coverage must also promptly:
A. Notify the police if a hit-and-run driver is involved.
B. Send us copies of the legal papers if a suit is brought.

A person seeking Uninsured Motorists Bodily Injury Coverage under Item 2. of the definition of "uninsured motor vehicle" must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle".

**Additional Duties For Uninsured Motorists Property Damage Coverage**

If Coverage D2 – Uninsured Motorists Property Damage Coverage is shown in the Declarations, a person seeking coverage must also promptly:
A. Notify the police if a hit-and-run driver is involved.
B. Send us copies of the legal papers if a suit is brought.

**Additional Duties For Collision And Comprehensive Coverages**

If Coverage E – Collision or Coverage F – Comprehensive is shown in the Declarations, a person seeking coverage must also:
A. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.
B. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.
C. Permit us to inspect and appraise the damaged property before its repair or disposal.

## GENERAL CONDITIONS

**Bankruptcy**

Bankruptcy or insolvency of the "insured" will not relieve us of any obligations under this policy.

**Changes**

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.
B. If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:
  1. The number, type or use of insured vehicles;
  2. Operators using insured vehicles;
  3. The place of principal garaging of insured vehicles; or
  4. Coverage, deductible or limits.
  If a change resulting from A. or B. above requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.
C. If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (C.) does not apply to changes implemented

with a general policy revision that includes both broadenings and restrictions in coverage, whether that general policy revision is implemented through introduction of:
  1. A subsequent edition of your policy or any of its Coverage Sections; or
  2. An amendatory endorsement.

**Fraud**

We do not provide coverage for any person under this policy who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

**Legal Action Against Us**

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under the Liability Coverage Section, no legal action may be brought against us until:
  1. We agree in writing that the "insured" has an obligation to pay; or
  2. The amount of that obligation has been finally determined by judgment after trial.
B. No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".



© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Our Right To Recover Payment**

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we are subrogated to that right. That person must do:
1. Whatever is necessary to enable us to exercise our rights; and
2. Nothing after loss to prejudice them.
However, our rights in this Paragraph (A.) do not apply under the Damage To Your Auto Coverage Section, against any person using "your covered auto" with a reasonable belief that such person is entitled to do so.

B. If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person must:
1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment.

C. We shall be entitled to a recovery under Paragraphs A. or B. above for Uninsured Motorists Bodily Injury Coverage and Uninsured Motorists Property Damage Coverage only after the person has been fully compensated for damages. However, any reimbursement due to us under Paragraph B. shall be reduced by our proportionate share of attorney fees and expenses incurred in bringing the claim.

D. Our rights do not apply under Paragraph A. with respect to coverage under item 2 of the definition of "uninsured motor vehicle" for Uninsured Motorists Bodily Injury Coverage if we:
1. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and
2. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:
1 That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Bodily Injury Coverage; and
2 We also have a right to recover the advanced payment.

**Policy Period And Territory**

A. This policy applies only to accidents and losses which occur:
1. During the policy period shown in the Declarations; and
2. Within the policy territory.

B. The policy territory is:
1. The United States of America, its territories or possessions;
2. Puerto Rico; or
3. Canada.
This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

**Transfer Of Your Interest In This Policy**

A. Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:
1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and
2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

B. Coverage will only be provided until the end of the policy period.

**Two Or More Policies Issued To You**

If this policy and any other auto insurance policy issued to you by us or any of our personal insurance affiliates apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

**Termination**

A. Cancellation
This policy may be cancelled during the policy period as follows:
1. The named insured shown in the Declarations may cancel by:
a. Returning this policy to us; or
b. Giving us advance written notice of the date cancellation is to take effect.
We may accept another form of notice from the named insured. If there is more than one person shown as named insured in the Declarations, any named insured may cancel this policy. The cancellation by one named insured will be binding on any other named insured.
2. We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:
a. At least 10 days notice:
(1) If cancellation is for nonpayment of premium; or

EXHIBIT B

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) If notice is mailed during the first 59 days this policy is in effect and this is not a renewal or continuation policy; or

b. At least 30 days notice in all other cases.

3. After this policy is in effect for more than 59 days, or if this is a renewal or continuation policy, we will cancel only:

a. For nonpayment of premium; or

b. For fraud, misrepresentation or concealment:

(1) By an applicant who knowingly made a false statement or material misrepresentation on the application for this policy; or

(2) By any insured who knowingly and willfully made a false material statement on a claim under this policy; or

c. If your motor vehicle registration or driver's license or that of:

(1) Any driver who lives with you; or

(2) Any driver who customarily uses "your covered auto";

has been suspended or revoked.

This must have occurred:

(1) During the policy period; or

(2) If the policy is a renewal, during its policy period or the 180 days that immediately precede its effective date.

We will not cancel the policy if you agree to exclude the driver whose license has been suspended or revoked.

This paragraph (c.) will not apply to a driver's license that has been:

(1) Revoked due to conviction for defacing property, or criminal mischief where the underlying basis was defacing property; or

(2) Suspended due to failure to comply with a child support order.

4. Nonpayment of premium means the failure to pay any premium or premium installment or any other financial obligation when due.

B. Nonrenewal

We have the right to not renew or continue this policy at the end of the policy period shown in the Declarations. If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 30 days before the end of the policy period.

C. Automatic Termination

1. If we offer to renew or continue your policy for another policy period and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due means that you have not accepted our offer.

2. If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

D. Other Termination Provisions

1. If the law in effect in your state at the time this policy is issued or continued:

a. Requires a longer notice period;

b. Requires a special form of or procedure for giving notice; or

c. Modifies any of the stated termination reasons;

we will comply with those requirements.

2. We may deliver any notice instead of mailing it. Proof of mailing of any notice will be sufficient proof of notice.

3. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

4. The effective date of cancellation stated in the notice will become the end of the policy period.

**Legal Action Against An Insured Person**

If the insured's whereabouts for service of process cannot be determined through reasonable effort, the insured agrees to designate and irrevocably appoint Travelers as the agent of the insured for service of process, pleadings, or other filings in a civil action brought against the insured or to which the insured has been joined as a defendant or respondent in any Colorado court if the cause of action concerns an incident for which the insured can possibly claim coverage. Subsequent termination of the insurance policy does not affect the appointment for an incident that occurred when the policy was in effect. The insured agrees that any such civil action may be commenced against the insured by the service of process upon Travelers as if personal service had been made directly on the insured. Travelers agrees to forward all communications related to service of process to the last-known e-mail and mailing address of the policyholder in order to coordinate any payment of claims or defense of claims that are required.


EXHIBIT B

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

L01CO01 (08-15)

## LIABILITY COVERAGE SECTION
### Coverage A – Bodily Injury
### Coverage B – Property Damage

**Insuring Agreement**

A.  We will pay damages for "bodily injury" or "proper-ty damage" for which any "insured" becomes le-gally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured".

We will settle or defend, as we deem appropriate, any claim or suit asking for these damages. In ad-dition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for these coverages has been exhausted by payment of judgments or set-tlements.

We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered by this policy.

B.  "Insured" as used in this Coverage Section means:
1.  You or a "resident relative" for the ownership, maintenance or use of any auto or "trailer".
2.  A person using "your covered auto".
3.  For "your covered auto", a person or entity but only as to legal responsibility for acts or omis-sions of a person for whom coverage is af-forded under this Coverage Section.
4.  For any auto or "trailer", other than "your cov-ered auto", any other person or entity but only as to legal responsibility for acts or omissions of you or any "resident relative" for whom coverage is afforded under this Coverage Section. This clause (4.) applies only if the person or entity does not own or hire the auto or "trailer".

"Insured" does not include:
1.  The United States (U.S.) of America or any of its agencies.
2.  Any person with respect to "bodily injury" or "property damage" resulting from the opera-tion of an auto by that person as an employee of the U.S. Government. This applies only if the provisions of Section 2679 of Title 28, U.S. Code as amended, require the Attorney General of the U.S. to defend that person in any civil action which may be brought for the "bodily injury" or "property damage".

**Supplementary Payments**

In addition to our limit of liability, we will pay on behalf of an "insured":
1.  Up to $250 for the cost of bail bonds required be-cause of an accident, including related traffic law breaches. The accident must result in "bodily inju-ry" or "property damage" covered by this policy.
2.  Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3.  Interest that accrues after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which is not more than our limit of liability for these coverages.
4.  Up to $250 a day for loss of earnings, but not oth-er income, because an "insured" attends hearings or trials at our request.
5.  Other reasonable expenses incurred at our re-quest.

**Exclusions**

A.  We do not provide Liability Coverage for any "in-sured":
1.  Who intentionally causes "bodily injury" or "property damage".
2.  For "property damage" to property owned or being transported by that "insured".
3.  For "property damage" to property:
    a.  Rented to;
    b.  Used by; or
    c.  In the care of;
    that "insured".
    This Exclusion (A.3.) does not apply to "prop-erty damage" to a residence or private gar-age.
4.  For "bodily injury" to an employee of that "in-sured" during the course of employment. This Exclusion (A.4.) does not apply to "bodily inju-ry" to a domestic employee unless workers' compensation benefits are required or availa-ble for that domestic employee.
5.  For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used, or during the period of time it is available for hire, as a public or livery convey-ance. This Exclusion (A.5.) applies whether or not there is:
    a.  A passenger "occupying" the vehicle; or
    b.  Property being transported for a fee in or upon the vehicle.

L01CO01 (08-15)



© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page L-1

This Exclusion (A.5.) does not apply to a vehicle used for a:

a.  Share-the-expense car pool;
b.  Charity purpose; or
c.  Volunteer purpose.

6.  While employed or otherwise engaged in a "business" that:

a.  Sells;
b.  Repairs;
c.  Services;
d.  Stores; or
e.  Parks;

vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

a.  You;
b.  A "resident relative"; or
c.  A partner, agent or employee of you or any "resident relative".

7.  Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6.

This Exclusion (A.7.) does not apply to the maintenance or use of a:

a.  Private passenger auto or sport utility vehicle;
b.  Pickup or van with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or
c.  "Trailer" used with a vehicle described in a. or b. above.

8.  Using a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (A.8.) does not apply to a "resident relative" using "your covered auto" which is owned by you.

9.  For "bodily injury" or "property damage" for which that "insured":

a.  Is an insured under a nuclear energy liability policy; or
b.  Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

a.  Nuclear Energy Liability Insurance Association;
b.  Mutual Atomic Energy Liability Underwriters; or
c.  Nuclear Insurance Association of Canada.

B.  We do not provide Liability Coverage for the ownership, maintenance or use of:

1.  Any vehicle which:

a.  Has less than four wheels; or
b.  Is designed mainly for use off public roads.

This Exclusion (B.1.) does not apply:

a.  While such vehicle is being used by an "insured" in a medical emergency;
b.  To any "trailer"; or
c.  To any non-owned golf cart.

2.  Any vehicle, other than "your covered auto", which is:

a.  Owned by you; or
b.  Furnished or available for your regular use.

3.  Any vehicle, other than "your covered auto", which is:

a.  Owned by any "resident relative"; or
b.  Furnished or available for the regular use of any "resident relative".

This Exclusion (B.3.) does not apply to you while you are maintaining or "occupying" any vehicle which is:

a.  Owned by a "resident relative"; or
b.  Furnished or available for the regular use of a "resident relative".

4.  Any vehicle while it participates or competes in, or practices or prepares for, any prearranged or organized:

a.  Racing contest, meet or rally, whether against another vehicle or against time;
b.  Demolition contest;
c.  Stunt activity; or
d.  High performance driving or racing instruction course or school.

This Exclusion (B.4.) applies only while the vehicle is at a spot, whether temporary or permanent, established for any of the activities set forth above.

5.  "Your covered auto" during a period it is rented or leased to others. This Exclusion (B.5.) does not apply to the operation of "your covered auto" by you or a "resident relative".

C.  We do not provide Liability Coverage for you, a "resident relative" or a member of your household for "bodily injury" to a member of your household.

**Limit Of Liability**

A.  Split Limits

If the Declarations shows separate limits of liability for Coverage A and Coverage B:

The limit of liability shown in the Declarations for each person for Coverage A is our maximum limit of liability for all damages. That limit includes damages for care, loss of services or death, that arise out of "bodily injury" sustained by any one person in any one auto accident.

Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Coverage A is our maximum limit of liability for

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

all damages for "bodily injury" that results from any one auto accident.

The limit of liability shown in the Declarations for each accident for Coverage B is our maximum limit of liability for all "property damage" that results from any one auto accident.

These limits are the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

B. Single Limit

1. If the Declarations shows a single limit of liability for Coverage A and Coverage B combined:

    The limit of liability shown is our maximum limit of liability for all damages that arise out of "bodily injury" and "property damage" resulting from any one auto accident.

    This is the most we will pay regardless of the number of:

    a. "Insureds";
    b. Claims made;
    c. Vehicles or premiums shown in the Declarations; or
    d. Vehicles involved in the auto accident.

2. We will apply the limit of liability to provide any separate minimum limits required by law for bodily injury and property damage liability. This provision will not change our total limit of liability.

C. No one may receive duplicate payments for the same elements of loss under this Coverage Section and:

1. Any other Coverage Section or part of this policy; or
2. Any other personal auto policy issued to you by us or any of our affiliates.

### Out Of State Coverage

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, then:

A. If the state or province has:

1. A financial responsibility or similar law with limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, this policy will provide that higher limit.
2. A compulsory insurance or similar law that requires a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, this policy will provide at least the required minimum limits and types of coverage.

B. No one will be entitled to duplicate payments for the same elements of loss.

### Financial Responsibility

When this policy is certified as future proof of financial responsibility, this policy will comply with the law to the extent required.

### Other Insurance

If there is other liability insurance that applies:

1. Any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", will be excess over any other collectible insurance providing coverage on a primary basis.
2. The loss will be paid as follows:

    a. All policies that apply will pay on an equal basis with all other policies that provide coverage on the same level of priority, either primary or excess, until the policy with the lowest limit of liability is exhausted.
    b. If any loss remains and there:

        (1) Are two or more remaining policies whose applicable limits of liability have not been exhausted, then such policies will continue to pay in accordance with paragraph a.
        (2) Is one policy remaining, then such policy will continue to pay until its limit of liability has been exhausted.

**EXHIBIT B**

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

M01CO01 (08-15)

## MEDICAL PAYMENTS COVERAGE SECTION
## Coverage C – Medical Payments

### Insuring Agreement

A. We will pay the usual and customary charge for reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":
   1. Caused by an accident; and
   2. Sustained by an "insured".

We will pay only those expenses incurred for services rendered within 3 years from the date of the accident.

We have the right to review expenses incurred to determine if they are reasonable and necessary, and not in excess of the usual and customary charge for services. We may use any or all of the following sources to decide if any medical expense is usual and customary, reasonable, necessary and caused by an accident. These sources may include:
   1. Our review of medical records and test results, or review by persons or services chosen by us;
   2. Published or public sources of medical expense information;
   3. Computer programs for analysis of medical treatment and expenses; and
   4. Exams by doctors we select.

B. As used in this Coverage Section:
   1. "Insured" means:
      a. You or any "resident relative":
         (1) While "occupying"; or
         (2) As a pedestrian when struck by;
         a motor vehicle designed for use mainly on public roads or a trailer of any type.
      b. Any other person while "occupying":
         (1) "Your covered auto"; or
         (2) A motor vehicle that you do not own while being operated by you or a "resident relative".
   2. "Licensed hospital" means "licensed hospital" as defined in COLO. REV. STAT.SECTION 10-4-610.
   3. "Licensed health care provider" means "licensed health care provider" as defined in COLO. REV. STAT. SECTION 10-4-610.
   4. "Occupational therapist" means "occupational therapist" as defined in COLO. REV. STAT. SECTION 12-40.5.
   5. "Massage therapist" means "massage therapist" as defined in COLO. REV. STAT. SECTION 12-35.5-103.

### Exclusions

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":
1. Sustained while "occupying" any motor vehicle having less than four wheels.
2. Sustained while "occupying" "your covered auto" when it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (2.) applies whether or not there is:
   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.
   This Exclusion (2.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charity purpose; or
   c. Volunteer purpose.
3. Sustained while "occupying" any vehicle located for use as a residence or premises.
4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".
5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by you; or
   b. Furnished or available for your regular use.
6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. Owned by any "resident relative"; or
   b. Furnished or available for the regular use of any "resident relative".
   This Exclusion (6.) does not apply to you.
7. Sustained while "occupying" a vehicle without a reasonable belief that such "insured" is entitled to do so. This Exclusion (7.) does not apply to a "resident relative" using "your covered auto" which is owned by you.
8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This Exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:
   a. Private passenger auto or sport utility vehicle;
   b. Pickup or van, other than "your covered auto", with a Gross Vehicle Weight Rating of 10,000 lbs. or less; or
   c. "Trailer" used with a vehicle described in a. or b. above.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EXHIBIT B

M01CO01 (08-15)

9. Caused by or as a result of:
   a. Discharge of a nuclear weapon (even if ac-cidental);
   b. War (declared or undeclared);
   c. Civil war;
   d. Insurrection; or
   e. Rebellion or revolution.
10. From  or  as a result of the following, whether controlled or uncontrolled or however caused:
   a. Nuclear reaction;
   b. Radiation; or
   c. Radioactive contamination.
11. Sustained while "occupying" any vehicle while participating or competing in, or practicing or preparing for, any prearranged or organized:
   a. Racing contest, meet or rally, whether against another vehicle or against time;
   b. Demolition contest;
   c. Stunt activity; or
   d. High performance driving or racing instruc-tion course or school.
   This Exclusion (11.) applies only while the vehi-cle is at a location, whether temporary or per-manent, established for any of the activities set forth above.
12. Sustained while "occupying" "your covered auto" during a period it is rented or leased by you to others. This Exclusion (12.) does not apply to you or a "resident relative".

**Limit Of Liability**

A. The limit of liability shown in the Declarations for Coverage C is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
   1. "Insureds";
   2. Claims made;
   3. Vehicles or premiums shown in the Declara-tions; or
   4. Vehicles involved in the auto accident.
B. No one will be entitled to receive duplicate pay-ments for the same elements of loss under this Coverage Section and:
   1. Any other Coverage Section or part of this policy; or

   2. Any other personal auto policy issued to you by us or any of our affiliates.

**Other Insurance**

If there is other applicable auto medical payments insurance:
1. Any insurance we provide with respect to a ve-hicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", will be excess over any other collectible auto insurance providing payments for medical or funeral expenses.
2 The loss will be paid in accordance with the fol-lowing:
   a. All applicable policies will pay on an equal basis with all other policies providing coverage on the same level of priority, either primary or excess, until the policy with the lowest limit of liability is exhausted.
   b. If any loss remains and there:
      (1) Are two or more remaining policies whose applicable limits of liability have not been exhausted, then such policies will continue to pay in accordance with paragraph a.
      (2) Is one policy remaining, then such policy will continue to pay until its limit of liabil-ity has been exhausted.

**Assignment of Payments Of Covered Expenses**

1. An "insured" may assign, in writing, payments of expenses for services provided to the "insured" that are covered by Medical Payments Cover-age C of this policy to:
   a. A "licensed hospital";
   b. A "licensed health care provider";
   c. An "occupational therapist"; or
   d. A "massage therapist".
2. If an "insured" assigns such payments, we will pay expenses covered by Medical Payments Coverage C directly to the "licensed hospital"; "licensed health care provider"; "occupational therapist"; or "massage therapist".

EXHIBIT B

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

U01CO02 (05-17)

## UNINSURED MOTORISTS COVERAGE SECTION
### Coverage D1 – Uninsured Motorists Bodily Injury

**Insuring Agreement**

A.  We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":
1.  Sustained by an "insured"; and
2.  Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

1.  With respect to coverage under Item 2. of the definition of "uninsured motor vehicle", we will pay compensatory damages only if a tentative settlement has been made between an "insured" and the insurer of the "uninsured motor vehicle" and we:
    a.  Have been given prompt written notice of such tentative settlement; and
    b.  Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.
B.  "Insured" as used in this Coverage Section means:
1.  You or any "resident relative".
2.  Any other person "occupying" "your covered auto".
3.  Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.
C.  "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:
1.  To which no bodily injury liability bond or policy applies at the time of the accident.
2.  To which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.
3.  Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:
    a.  You or any "resident relative";
    b.  A vehicle which you or any "resident relative" are "occupying"; or
    c.  "Your covered auto".

4.  To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:
    a.  Denies coverage; or
    b.  Is or becomes insolvent.
5.  Whose owner or operator cannot be located after a reasonable attempt for service of process and either:
    a.  Service of process on the insurer as authorized by COLO. REV. STAT. SECTION 42-7-414 is determined by a court to be insufficient or ineffective after reasonable effort has failed; or
    b.  The report of a law enforcement agency investigating the accident fails to disclose the insurer covering the vehicle and the insurance coverage of such owner or operator when the accident occurred is not actually known by the person attempting to serve process.

However, "uninsured motor vehicle" does not include any vehicle or equipment:
1.  Owned by or furnished or available for the regular use of you or any "resident relative" unless it is a "your covered auto" to which Coverage A of the policy applies and liability coverage is excluded for damages sustained in the accident.
2.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.
3.  Operated on rails or crawler treads.
4.  Designed mainly for use off public roads while not on public roads.
5.  While located for use as a residence or premises.

**Exclusions**

A.  We do not provide Uninsured Motorists Bodily Injury Coverage for "bodily injury" sustained by any "insured":
1.  If that "insured" or the legal representative settles the "bodily injury" claim and such settlement prejudices our right to recover payment. This does not apply to a settlement made with the insurer of a vehicle described in Item 2. of the definition of "uninsured motor vehicle".
2.  While "occupying" "your covered auto" when it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (A.2.) applies whether or not there is:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

a. A passenger "occupying" the vehicle; or
b. Property being transported for a fee in or upon the vehicle.

This Exclusion (A.2.) does not apply to a vehicle used for a:

a. Share-the-expense car pool;
b. Charity purpose; or
c. Volunteer purpose.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This does not apply to a "resident relative" using "your covered auto" which is owned by you.

4. While using any vehicle to participate in or compete in, or practice or prepare for a pre-arranged or organized:

a. Racing contest, meet or rally, whether against another vehicle or against time;
b. Demolition contest;
c. Stunt activity; or
d. High performance driving or racing instruction course or school.

This applies only while the vehicle is at a location, whether temporary or permanent, established for any of the above purposes.

5. While "occupying" "your covered auto" during a period it is rented or leased by you to others. This does not apply to you or a "resident relative".

B. This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

C. We do not provide Uninsured Motorists Bodily Injury Coverage for punitive or exemplary damages.

**Limit Of Liability**

A. Split Limits

If the Declarations shows separate limits of liability for Coverage D1 Uninsured Motorists Bodily Injury, the limit of liability shown in the Declarations for each person is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

These limits are the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles shown in the Declarations; or

4. Vehicles involved in the auto accident.

B. Single Limits

If the Declarations shows a single limit of liability for Coverage D1 Uninsured Motorists Bodily Injury, the limit of liability shown in the Declarations is our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one auto accident.

This is the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made;
3. Vehicles shown in the Declarations; or
4. Vehicles involved in the auto accident.

C. No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage Section and any other Coverage Section or part of this policy except Medical Payments Coverage Section.

D. We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

E. We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or
2. Disability benefits law.

**Other Insurance**

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Coverage Section of the policy:

1. Any insurance we provide with respect to a vehicle:

a. You do not own, including any vehicle while used as a temporary substitute for "your covered auto"; or
b. Owned by you or any "resident relative" which is not insured for this coverage under this policy;

shall be excess over any collectible insurance providing such coverage on a primary basis.

2. Subject to Paragraph 1. above, the loss will be paid in accordance with the following procedure:

a. All applicable policies will pay on an equal basis with all other policies providing coverage on the same level of priority, either primary or excess, until the policy with the lowest limit of liability is exhausted.
b. If any loss remains and there:

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

EXHIBIT B 

(1) Are two or more remaining policies whose applicable limits of liability have not been exhausted then such policies will continue to pay in accordance with Paragraph a. above.

(2) Is one policy remaining then such policy will continue to pay until its limit of liability has been exhausted.

**Arbitration**

A. If we and an "insured" do not agree:

1. Whether that "insured" is legally entitled to recover damages; or

2. As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Coverage Section may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by at least two arbitrators will be binding as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages.

**EXHIBIT B**

© 2017 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

P01CO01 (08-15)

# DAMAGE TO YOUR AUTO COVERAGE SECTION
## Coverage E – Collision
## Coverage F – Comprehensive
## Coverage G – Custom Equipment - Increased Limit

**INSURING AGREEMENT**
**Coverage E – Collision**
**Coverage F – Comprehensive**

A. We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. We will pay for loss caused by:

1. "Collision" only if the Declarations indicates that Coverage E – Collision is provided for that auto. Under this coverage, we will not pay for losses that are covered under Coverage F – Comprehensive.
2. "Comprehensive" only if the Declarations indicates that Coverage F – Comprehensive is provided for that auto.

If losses to more than one "your covered auto" result from the same "collision", only one deductible amount will apply. If the deductible amount differs for each auto involved in the accident, then only the highest deductible will apply.

We will not subtract any deductible for the amount we will pay for a loss to:

1. Any "non-owned auto" caused by "collision" or "comprehensive".
2. "Your covered auto" caused by "collision" with a vehicle not owned by you or a "resident relative" but insured by us or any of our affiliated companies under a personal auto policy.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

B. As used in this Coverage Section:

1. "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.
2. "Comprehensive" means loss to "your covered auto" or a "non-owned auto" not caused by "collision". Losses caused by the following are not "collision" losses but are "comprehensive" losses:
   a. Missiles or falling objects;
   b. Fire;
   c. Theft or larceny;
   d. Explosion or earthquake;
   e. Windstorm;
   f. Hail, water or flood;
   g. Malicious mischief or vandalism;
   h. Riot or civil commotion;
   i. Contact with bird or animal; or
   j. Breakage of glass.
   If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".
3. "Custom equipment" means any permanently attached or installed:
   a. Furnishings, mechanical or electrical parts, equipment, devices, accessories, murals, graphics, non-standard paint, enhancements or changes that alter the appearance or performance of any private passenger auto, sport utility vehicle, pickup or van; or
   b. Electronic equipment used in any private passenger auto, sport utility vehicle, pickup or van that reproduces, receives or transmits audio, visual or data signals.
   "Custom equipment" does not include:
   a. Vehicle options offered by the original manufacturer specifically for that vehicle model and model year, whether that option is installed with original or non-original parts of like kind and quality;
   b. Equipment installed to make a vehicle handicap accessible; or
   c. A cap, cover or bedliner in or upon a pickup.
4. "Fungi" means any type or form of fungus, including mold or mildew, and any of the following that are produced or released by "fungi":
   a. Mycotoxins;
   b. Spores;
   c. Scents; or
   d. By-products.
5. "Non-owned auto" means:
   a. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "resident relative" while in the custody of or being operated by you or any "resident relative"; or
   b. Any private passenger auto, sport utility vehicle, pickup, van or "trailer" you do not own while used as a temporary sub-

**EXHIBIT B**

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

stitute for "your covered auto" which is out of normal use because of its:
(1) Breakdown;
(2) Repair;
(3) Servicing;
(4) Loss; or
(5) Destruction.

**ADDITIONAL COVERAGES**

Provided there is Coverage E – Collision or Coverage F – Comprehensive, as shown in the Declarations for "your covered auto" the following coverages apply.

**A. Airbag Replacement**

Under Coverage F – Comprehensive we will pay to replace or reset an airbag that inflates due to malfunction in "your covered auto". This additional coverage does not apply to a "non-owned auto".

We will only make payment under this additional coverage to the extent the malfunction is not covered by warranty, other service agreement, or any other product recall.

Exclusion 2. of this Coverage Section does not apply to this additional coverage.

No deductible applies to this additional coverage.

**B. Child Safety Seat**

In the event of a Coverage E – Collision or Coverage F – Comprehensive covered loss where we determine that a child safety seat's integrity is compromised, we will pay up to $500 to replace with like kind and quality the child safety seat, provided it was in "your covered auto" or a "non-owned auto" at the time of the covered loss.

If a covered loss occurs when the child safety seat is in a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

No deductible applies to this additional coverage.

**C. Custom Equipment**

We will pay up to $1,500 for "custom equipment" and any related labor and installation costs as part of a Coverage E – Collision or Coverage F

– Comprehensive covered loss. Regardless of the amount of "custom equipment" installed on "your covered auto" or a "non-owned auto", this limit is the most we will pay for all damage and any related labor and installation costs for any one covered loss.

If there is a covered loss to "custom equipment" on a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

Exclusion 4. does not apply to the extent coverage is provided under this additional coverage.

This additional coverage is subject to your deductibles.

**D. Transportation Expenses**

Under Coverage F – Comprehensive we will pay for:
1. Reasonable transportation expenses incurred by you in the event of the total theft of "your covered auto"; or
2. Loss of use expenses for which you become legally responsible in the event of the total theft of a "non-owned auto".

We will pay up to $30 per day, to a maximum of $900. These limits are the most we will pay for transportation expenses and loss of use expenses.

We will pay only those expenses incurred during the period:
1. Beginning 48 hours after the theft; and
2. Ending when "your covered auto" or the "non-owned auto" is returned to use, or we offer to pay for its loss.

No deductible applies to this additional coverage.

**OPTIONAL COVERAGE**

**Coverage G – Custom Equipment - Increased Limit**

If Coverage G – Custom Equipment - Increased Limit is shown in the Declarations for a specific "your covered auto", ADDITIONAL COVERAGE – Custom Equipment is amended for that "your covered auto" as follows:
The limit shown in the Declarations replaces the $1,500 limit for "custom equipment".

EXHIBIT B

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

All other provisions and limitations applicable to ADDITIONAL COVERAGE – Custom Equipment apply.

## EXCLUSIONS

The following exclusions apply to this DAMAGE TO YOUR AUTO COVERAGE SECTION. We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used, or during the period of time it is available for hire, as a public or livery conveyance. This Exclusion (1.) applies whether or not there is:
   a. A passenger "occupying" the vehicle; or
   b. Property being transported for a fee in or upon the vehicle.
   This Exclusion (1.) does not apply to a vehicle used for a:
   a. Share-the-expense car pool;
   b. Charitable purpose; or
   c. Volunteer purpose.
2. Damage due and confined to:
   a. Wear and tear;
   b. Freezing;
   c. Mechanical or electrical breakdown or failure; or
   d. Road damage to tires.
   This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".
3. Loss due to or as a consequence of:
   a. Radioactive contamination;
   b. Discharge of any nuclear weapon (even if accidental);
   c. War (declared or undeclared);
   d. Civil war;
   e. Insurrection; or
   f. Rebellion or revolution.
4. Loss to "custom equipment".
5. Loss to any electronic equipment that reproduces, receives, or transmits audio, visual or data signals. This includes:
   a. Radios and stereos;
   b. Tape decks;
   c. Compact disk systems;
   d. Navigation systems;
   e. Internet access systems;
   f. Personal computers;
   g. Video entertainment systems;
   h. Telephones;
   i. Televisions;
   j. Two-way mobile radios;
   k. Scanners; or
   l. Citizens band radios.

This Exclusion (5.) does not apply to electronic equipment that is permanently installed in "your covered auto" or any "non-owned auto".

6. Loss to tapes, discs, chips, memory cards or any other removable media used to store audio, visual or other data. We also will not pay for loss of or reconstruction of data contained in such devices.
7. Loss to equipment used for the detection or location of, or interference with, speed measuring devices.
8. Loss due to actual or perceived loss in market value or resale value.
9. Loss to "your covered auto" or any "non-owned auto" due to confiscation by governmental or civil authorities. This Exclusion (9.) does not apply to the interests of any loss payee shown in the Declarations for that "your covered auto".
10. Loss to "your covered auto" or any "non-owned auto" which occurs while participating or competing in, or practicing or preparing for any pre-arranged or organized:
    a. Racing contest, meet or rally, whether against another vehicle or against time;
    b. Demolition contest;
    c. Stunting activity; or
    d. High performance driving or racing instruction course or school.
    This Exclusion (10.) applies only while the vehicle is at a location, whether temporary or permanent, established for any of the above purposes.
11. Loss to any "non-owned auto" when used by you or any "resident relative" without a reasonable belief that you or that "resident relative" are entitled to do so.
12. Loss to any "non-owned auto" while being maintained or used by any person while employed or otherwise engaged in the "business" of:
    a. Selling;
    b. Repairing;
    c. Servicing;
    d. Storing; or
    e. Parking;
    vehicles designed for use on public highways. This includes road testing and delivery.
13. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in a "business" not described in Exclusion 12. This Exclusion (13.) does not apply to the maintenance or use by you or any "resident relative" of a "non-owned auto" which is a private passenger auto, sport utility vehicle or "trailer".
14. Loss to:
    a. A "trailer", camper body or motor home which is not shown in the Declarations; or

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

b. Facilities or equipment used with any "trail-er", camper body or motor home. Facilities or equipment include but are not limited to:
   (1) Cooking, dining, plumbing or refrigera-tion facilities;
   (2) Awnings or cabanas; or
   (3) Any other facilities or equipment used with a "trailer", camper body or motor home.
   This Exclusion (14.) does not apply to:
   a. A "trailer", and its facilities or equipment, that you do not own; or
   b. A "trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, that you:
      (1) Acquire during the policy period; and
      (2) Ask us to insure within 30 days after you become the owner.

15. Loss to "your covered auto" during a period it is rented or leased by you to others. However, this Exclusion (15.) does not apply to the operation of "your covered auto" by you or a "resident rela-tive".

16. Loss to, or loss of use of, a "non-owned auto" rented to:
   a. You; or
   b. Any "resident relative";
   if a rental vehicle company is precluded from re-covering such loss or loss of use, from you or that "resident relative", pursuant to the provi-sions of any applicable rental agreement or state law.

17. Loss to "your covered auto" or any "non-owned auto" arising out of the actual, alleged or threat-ened presence, growth or proliferation or spread of "fungi", or for any testing or remediation of "fungi". This Exclusion (17.) does not apply if the "fungi" are the direct result of a loss payable un-der either Coverage E – Collision or Coverage F – Comprehensive, and such coverage is provid-ed under this policy.

18. The cost to re-code or replace locks in the event a key or electronic control pad associated with such locks is lost or stolen.

**LIMIT OF LIABILITY**

A. Our limit of liability for loss will be the lesser of the:
   1. Actual cash value of the stolen or damaged property at the time of loss. An adjustment for depreciation and physical condition will be made in determining actual cash value; or
   2. Amount necessary to repair or replace sto-len or damaged parts or equipment of the functionally equivalent design and material

necessary to restore the vehicle to its pre-loss physical condition at the time of loss. If we pay to replace a part or parts, we have the option to pay for new, used, recondi-tioned or remanufactured:
   a. Original equipment manufacturer re-placement parts or equipment; or
   b. Non-original equipment manufacturer replacement parts or equipment.
   However, the most we will pay for loss to any "non-owned auto" which is a "trailer", including its facilities and equipment, is $2,000.

B. If a repair or replacement results in better than like kind and quality, we will not pay for the amount of the betterment.

C. No one will be entitled to receive duplicate pay-ments for the same elements of loss under this Coverage Section and:
   1. Any other Coverage Section or part of this policy; or
   2. Any other personal auto policy issued to you by us or any of our affiliates.

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our ex-pense, return any stolen property to:
1. You; or
2. The address shown in this policy.
If we return stolen property we will pay for any dam-age resulting from the theft. We may keep all or part of the property at an agreed or appraised value.
If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

Subject to the Loss Payable Clause, we may, at our option, make payment to one or more of the follow-ing:
1. You;
2. The owner; or
3. On your behalf, the repairer.

**NO BENEFIT TO BAILEE**

This insurance will not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss to "your covered auto", we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

However, any insurance we provide with respect to a "non-owned auto" will be excess over any other

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.


EXHIBIT B

collectible sources of recovery including, but not limited to:

1. Any coverage provided by the owner of the "non-owned auto";
2. Any other applicable physical damage insurance;
3. Any other source of recovery applicable to the loss.

## APPRAISAL

A. If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent and impartial appraiser within 20 days after receiving the written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and

   2. Bear the expenses of the appraisal and umpire equally.

B. We do not waive any of our rights under this policy by agreeing to an appraisal.

## LOSS PAYABLE CLAUSE

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation will terminate this agreement as to the loss payee's interest. We will mail the loss payee written notice at least 10 days before the effective date of cancellation.

When we pay the loss payee we will, to the extent of payment, be subrogated to the loss payee's rights of recovery.

EXHIBIT B

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

## SIGNATURE PAGE

This policy is signed for the member company of Travelers which is the insurer under this policy.

Wendy C. Skjerven
Corporate Secretary

Michael Klein
President
Personal Insurance

EXHIBIT B S-1

© 2012 The Travelers Indemnity Company. All rights reserved.

**EXHIBIT B**

E1DCO01 (05-18)

# NAMED DRIVER EXCLUSION ENDORSEMENT

**Named Insured:**
KAREN KING

**Agency Code:**
0CPR28

**Policy Number:**
606833973 203 2

**Agency Name:**
GOOSEHEAD INSURANCE

**Effective Date:**
08/02/2019

**Effective (At 12:01 A.M. Standard Time)**

**The provisions of the policy apply unless modified by this endorsement.**

**Name of "Named Excluded Driver(s)":**

JOHN KING_____ is a "named excluded driver".

The provisions of this endorsement apply with respect to the "named excluded driver(s)" shown above or in the Declarations.

**Definition**

The following definition is added to the General Provisions Section of the policy:

"Named excluded driver" means a person who is shown in this endorsement and in the Declarations as a "named excluded driver" and who is excluded from all coverages under the policy.
If more than one "named excluded driver" is shown, then the provisions of this exclusion will apply

separately and individually to each "named excluded driver".

**Named Driver Exclusion**

With respect to all coverages under this policy, we will not pay:
  1. Damages;
  2. Expenses; or
  3. Loss;
arising out of the:
  1. Maintenance; or
  2. Use;
of any auto or trailer by the "named excluded driver" whether or not such maintenance or use was with the expressed or implied permission of an "insured".

**Please read this important notice.**

**The named insured agrees that this endorsement amends and forms a part of the policy. Please keep this endorsement with your policy.**

**The named insured agrees that the Named Driver Exclusion Endorsement becomes effective as noted above and remains in effect for the term of the policy and for each renewal, reinstatement, substitute, modified, replacement or amended policy, unless discontinued by us.**

Accepted by: _____ Signature(s) on file _____ Date: _____
(Signature of Named Insured)

**E1DCO01 (05-18)**

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Page 1 of 1**

**EXHIBIT B**

**EXHIBIT B**

E1DCO01 (05-18)

# NAMED DRIVER EXCLUSION ENDORSEMENT

**Named Insured:**
KAREN KING

**Agency Code:**
0CPR28

**Policy Number:**
606833973 203 2

**Agency Name:**
GOOSEHEAD INSURANCE

**Effective Date:**
08/02/2019

**Effective (At 12:01 A.M. Standard Time)**

**The provisions of the policy apply unless modified by this endorsement.**

**Name of "Named Excluded Driver(s)":**

KATHY KING _____ is a "named excluded driver".

The provisions of this endorsement apply with respect to the "named excluded driver(s)" shown above or in the Declarations.

**Definition**

The following definition is added to the General Provisions Section of the policy:

"Named excluded driver" means a person who is shown in this endorsement and in the Declarations as a "named excluded driver" and who is excluded from all coverages under the policy.
If more than one "named excluded driver" is shown, then the provisions of this exclusion will apply separately and individually to each "named excluded driver".

**Named Driver Exclusion**

With respect to all coverages under this policy, we will not pay:
1. Damages;
2. Expenses; or
3. Loss;
arising out of the:
1. Maintenance; or
2. Use;
of any auto or trailer by the "named excluded driver" whether or not such maintenance or use was with the expressed or implied permission of an "insured".

**Please read this important notice.**

**The named insured agrees that this endorsement amends and forms a part of the policy. Please keep this endorsement with your policy.**

**The named insured agrees that the Named Driver Exclusion Endorsement becomes effective as noted above and remains in effect for the term of the policy and for each renewal, reinstatement, substitute, modified, replacement or amended policy, unless discontinued by us.**

Accepted by: _____    Date: _____
                             Signature(s) on file
                             (Signature of Named Insured)

**E1DCO01 (05-18)**                                                        **Page 1 of 1**

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

**EXHIBIT B**

E1DCO01 (05-18)

# NAMED DRIVER EXCLUSION ENDORSEMENT

**Named Insured:**
KAREN KING

**Agency Code:**
0CPR28

**Policy Number:**
606833973 203 2

**Agency Name:**
GOOSEHEAD INSURANCE

**Effective Date:**
08/02/2019

**Effective (At 12:01 A.M. Standard Time)**

**The provisions of the policy apply unless modified by this endorsement.**

**Name of "Named Excluded Driver(s)":**

WES PUTNAM _____ is a "named excluded driver".

The provisions of this endorsement apply with respect to the "named excluded driver(s)" shown above or in the Declarations.

**Definition**

The following definition is added to the General Provisions Section of the policy:

"Named excluded driver" means a person who is shown in this endorsement and in the Declarations as a "named excluded driver" and who is excluded from all coverages under the policy.
If more than one "named excluded driver" is shown, then the provisions of this exclusion will apply separately and individually to each "named excluded driver".

**Named Driver Exclusion**

With respect to all coverages under this policy, we will not pay:
1. Damages;
2. Expenses; or
3. Loss;
arising out of the:
1. Maintenance; or
2. Use;
of any auto or trailer by the "named excluded driver" whether or not such maintenance or use was with the expressed or implied permission of an "insured".

**<u>Please read this important notice.</u>**

**The named insured agrees that this endorsement amends and forms a part of the policy. Please keep this endorsement with your policy.**

**The named insured agrees that the Named Driver Exclusion Endorsement becomes effective as noted above and remains in effect for the term of the policy and for each renewal, reinstatement, substitute, modified, replacement or amended policy, unless discontinued by us.**

Accepted by: _____ Date: _____
Signature(s) on file
(Signature of Named Insured)

**E1DCO01 (05-18)**

**Page 1 of 1**

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

**EXHIBIT B**

E1DCO01 (05-18)

# NAMED DRIVER EXCLUSION ENDORSEMENT

**Named Insured:**
KAREN KING

**Agency Code:**
0CPR28

**Policy Number:**
606833973 203 2

**Agency Name:**
GOOSEHEAD INSURANCE

**Effective Date:**
08/02/2019

**Effective (At 12:01 A.M. Standard Time)**

**The provisions of the policy apply unless modified by this endorsement.**

**Name of "Named Excluded Driver(s)":**

MELISSA HELM _____ is a "named excluded driver".

The provisions of this endorsement apply with respect to the "named excluded driver(s)" shown above or in the Declarations.

**Definition**

The following definition is added to the General Provisions Section of the policy:

"Named excluded driver" means a person who is shown in this endorsement and in the Declarations as a "named excluded driver" and who is excluded from all coverages under the policy.
If more than one "named excluded driver" is shown, then the provisions of this exclusion will apply

separately and individually to each "named excluded driver".

**Named Driver Exclusion**

With respect to all coverages under this policy, we will not pay:
1. Damages;
2. Expenses; or
3. Loss;
arising out of the:
1. Maintenance; or
2. Use;
of any auto or trailer by the "named excluded driver" whether or not such maintenance or use was with the expressed or implied permission of an "insured".

**<u>Please read this important notice.</u>**

**The named insured agrees that this endorsement amends and forms a part of the policy. Please keep this endorsement with your policy.**

**The named insured agrees that the Named Driver Exclusion Endorsement becomes effective as noted above and remains in effect for the term of the policy and for each renewal, reinstatement, substitute, modified, replacement or amended policy, unless discontinued by us.**

Accepted by: _____ Signature(s) on file _____ Date: _____
(Signature of Named Insured)

**E1DCO01 (05-18)**

**Page 1 of 1**

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

**EXHIBIT B**

E1MCW01 (10-13)

## EXTENDED TRANSPORTATION EXPENSES

**All provisions of the policy apply unless modified by this endorsement.**

When there is a loss to a "your covered auto" described in the Declarations for which a specific premium charge indicates that Extended Transportation Expenses is afforded, or to a "non-owned auto", we will pay, without application of a deductible, up to the amount per day to a maximum amount as shown in the Declarations for:

1. Reasonable transportation expenses incurred by you in the event of a loss to that "your covered auto"; or
2. Loss of use expenses for which you become legally responsible in the event of loss to a "non-owned auto".

This coverage applies only if the loss to "your covered auto" or a "non-owned auto" is covered under Coverage E – Collision or Coverage F – Comprehensive of this policy. However, this coverage does not apply when there is a total theft of "your covered auto" or a "non-owned auto". Such coverage is provided under Coverage F – Comprehensive of this policy.

We will pay transportation expenses or loss of use expenses you become legally responsible for during a period that begins on the date:

1. The vehicle is not drivable as a result of the loss; or
2. The vehicle is left at a repair facility if the vehicle is drivable.

Our payment for transportation expenses and loss of use expenses will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

Our payment for loss of use expenses will be excess over any optional deductible waivers or insurance purchased as part of a rental agreement.

Extended Transportation Expenses does not apply when there is a total theft of "your covered auto" or a "non-owned auto". Such coverage is provided under Coverage F – Comprehensive within Additional Coverage D. Transportation Expenses. However, when Extended Transportation Expenses applies to any "your covered auto", Additional Coverage D. Transportation Expenses is replaced by the following:

**D. Transportation Expenses**

Under Coverage F – Comprehensive we will pay for:

1. Reasonable transportation expenses incurred by you in the event of the total theft of "your covered auto"; or
2. Loss of use expenses for which you become legally responsible in the event of the total theft of a "non-owned auto".

We will pay up to the greater of the following amounts:

1. $30 per day, to a maximum of $900; or
2. If applicable,
   a. For a "your covered auto", the amount per day to the maximum amount shown, if any, in the Declarations for Extended Transportation Expenses for that specific "your covered auto"; or
   b. For a "non-owned auto", the amount per day to a maximum amount shown, if any, in the Declarations for Extended Transportation Expenses for any one "your covered auto". If the Declarations indicate more than one vehicle has Extended Transportation Expenses, the highest Extended Transportation Expenses limit applicable to any one "your covered auto" will apply.

These limits are the most we will pay for transportation expenses and loss of use expenses.

We will pay only those expenses incurred during the period:

1. Beginning 48 hours after the theft; and
2. Ending when "your covered auto" or the "non-owned auto" is returned to use, or we offer to pay for its loss.

No deductible applies to this additional coverage.

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

**EXHIBIT B**

E1OCW02 (01-15)

# GLASS DEDUCTIBLE

**All provisions of the policy apply unless modified by this endorsement.**

If a premium entry for Glass Deductible is shown in the Declarations, the Damage To Your Auto Coverage Section of the policy is amended by adding the following:

**Glass Deductible**

If the Declarations indicates that Glass Deductible applies for a specific "your covered auto", we will subtract the Glass Deductible amount indicated in the Declarations for the "Glass" portion of a loss to that auto. We will subtract this amount instead of the Coverage E – Collision or Coverage F – Comprehensive deductible amount.

If the "Glass" damage is only a portion of a covered loss, the most we will subtract from the amount we will pay for the loss is the applicable Coverage E – Collision or Coverage F – Comprehensive deductible amount.

**Definition**

"Glass" as used in this endorsement means the:

1. Glass used in the windshield, doors, and windows of "your covered auto" or of a "non-owned auto"; and
2. Glass, transparent plastic or other material used in the exterior lights or mirrors of "your covered auto" or of a "non-owned auto".

© 2012 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**EXHIBIT B**

**EXHIBIT B**

E1RCW02 (10-13)

---

## ROADSIDE ASSISTANCE COVERAGE

---

**All provisions of the policy apply unless modified by this endorsement.**

The Damage To Your Auto Coverage Section of the policy is amended by adding the following:

**Roadside Assistance Coverage**

If the Declarations indicates that Roadside Assistance Coverage applies to a specific "your covered auto", our "authorized service provider" will arrange to provide the following services when that "your covered auto" is accessible and disabled within 100 feet of a paved public road, or on an accessible driveway, accessible private road or in an accessible parking facility:
1.  Towing or flatbed services;
2.  Winching;
3.  Providing jump start for a dead battery;
4.  Changing a flat tire;
5.  Key lock-out service; and
6.  Delivering of supplies, including oil, water, other fluids and fuel.

We will pay for the services specified in 1. through 6. above:
1.  Up to the mileage limit shown in the Declarations for that "your covered auto"; or
2.  To the nearest qualified repair facility selected by our "authorized service provider" when there is no repair facility available within the mileage limit shown in the Declarations under Roadside Assistance Coverage for that "your covered auto".

We do not cover the cost of supplies, replacement parts, fuel, other fluids, or any labor performed at a service or repair facility.

Our "authorized service provider" will determine whether a vehicle, driveway, private road or parking facility is accessible.

For policies with a:
1.  Six month policy term, coverage is limited to no more than 4 disablements for each vehicle shown in the Declarations to which this coverage applies.
2.  Twelve month policy term, coverage is limited to no more than 8 disablements for each vehicle shown in the Declarations to which this coverage applies.

If there is a disablement to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations. However the disablement of a "non-owned auto" shall not increase the maximum number of disablements as shown in 1. or 2. above.

In the event:
1.  You decide not to use our "authorized service provider"; or
2.  Our "authorized service provider" is unable to arrange Roadside Assistance services;
we will reimburse you only for reasonable charges as determined by us. Receipts for any of these services must be provided to us for consideration of payment.

As used in this endorsement:
"Authorized service provider" means a service provider contracted by us, at no charge to you, to procure roadside assistance services on our behalf and as described in this endorsement.

Roadside Assistance Coverage through our "authorized service provider" is available in:
1.  The continental United States;
2.  Alaska;
3.  Hawaii; and
4.  Canada.

No deductible applies to this coverage.

**EXHIBIT B**

© 2012 The Travelers Indemnity Company. All rights reserved.

**EXHIBIT B**